

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-24-00134-CV

___

CARLOS SALDIVAR, APPELLANT

V.

CITY OF AUSTIN, APPELLEE

___

On Appeal from the 126th District Court
Travis County, Texas
Trial Court No. D-1-GN-17-003972, Honorable Amy Clark Meachum, Presiding

___

August 14, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Carlos Saldivar, appeals from the trial court's *Order Granting Defendant's Motion to Dismiss for Want of Prosecution and Final Judgment*.[1]  Appellant's brief was due June 13, 2024, but was not filed.  By letter of July 8, 2024, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by July 18.  On July 18, 2024, Appellant filed a motion

___

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

for an extension of time, but the motion failed to include a certificate of conference and was not accompanied by the requisite filing fee. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay–at the time an item is presented for filing–whatever fees are required by statute or Supreme Court order.), 10.1(a)(5) (requiring motions in civil cases to include a certificate of conference). Accordingly, the motion was rejected by the Clerk of this Court and Appellant was directed to file a corrected motion with the filing fee by July 22, 2024. To date, Appellant has neither filed a brief nor a corrected motion for an extension and has had no further communication with this Court.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam